UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JAMES R. SWIDORSKI, JR.,

        Plaintiff,

v.                                                                          Case No. 1:11-cv-198
                                                                            Hon. Hugh W. Brenneman, Jr.
COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/


**<u>JUDGMENT</u>**

        In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

        **IT IS SO ORDERED.**



Dated:  March 26, 2012                          /s/ Hugh W. Brenneman, Jr.
                                                HUGH W. BRENNEMAN, JR.
                                                United States Magistrate Judge